No. 220. CATAGRONE *v.* UNITED STATES.

Argued November 8, 1932. Decided November 14, 1932. *Per Curiam:* The certificate herein is dismissed. *Wells* v. *Commissioner,* 286 U. S. 529; *White* v. *Johnson,* 282 U. S. 367, 371; *United States* v. *Worley,* 281 U. S. 339, 340; *United States* v. *Mayer,* 235 U. S. 55, 56. *Mr. Anthony P. Nugent* for Catagrone. *Assistant Attorney General Youngquist,* with whom *Solicitor General*

*Thacher* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* were on the brief, for the United States.